| 1. Person Reporting (last name, first, middle initial)<br><br>CRISTOL, A. J. | 2. Court or Organization<br><br>US BANKRUPTCY SOUTHERN FLORIDA | 3. Date of Report<br><br>08/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE EMERITUS | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>CHAMBERS 1412<br>51 SW FIRST AVENUE<br>MIAMI, FLORIDA 33130-1669 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee of the Board | American Red Cross, Greater Miami & Keys Chapter |
| 2. | Judicial Director | University of Miami School of Law Alumni Association |
| 3. | Trustee | Trust #2 |
| 4. | Trustee | Trust #3 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/7-9 | Miami Beach, FL | Educational seminar or program | Travel |
| 2. | Bankruptcy Bar Assiciation | 05/10-12 | Palm Beach, FL | Educational seminar or program | Air, Hotel, meals |
| 3. | The Florida Bar | 06/26-27 | Boca Raton, FL | Educational seminar or program | Travel |
| 4. | National Conference of Bankruptcy Judges | 10/29-11/02 | Atlanta, GA | Educational seminar or program | Air, Hotel, meals |
| 5. | George Mason University School of Law | 11/16-19 | Arlington, VA | Educational seminar or program | Air, Hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 713 General Electric | D | Dividend | M | T | Sold (part) | 12/05/13 | L | A | |
| 2. 906 Florida State Board Education | B | Interest | | | Sold | 02/01/13 | K | A | |
| 3. 924 Hospitality Properties | A | Dividend | J | T | | | | | |
| 4. 128 Municipal Mortgage | | None | J | T | | | | | |
| 5. 464 Reserve Fund (Y) | | | | | | | | | |
| 6. 479 Blackrock | B | Dividend | J | T | Buy (add'l) | 03/03/13 | J | | |
| 7. | | | | | Sold (part) | 11/19/13 | J | | |
| 8. 525 Golden Beach | B | Interest | | | Sold | 05/01/13 | K | B | |
| 9. 530 Miami-Dade Aviation | B | Interest | K | T | | | | | |
| 10. 532 Cohen & Steers | A | Dividend | K | T | Sold (part) | 02/04/13 | J | A | |
| 11. | | | | | Sold (part) | 02/04/13 | J | A | |
| 12. | | | | | Sold (part) | 02/04/13 | J | A | |
| 13. 563 Orange County | A | Interest | | | Sold | 02/01/13 | K | B | |
| 14. 568Elbit | A | Dividend | K | T | | | | | |
| 15. 571 AT&T | C | Dividend | L | T | | | | | |
| 16. 628 Puerto Rico Comnwlth | A | Interest | | | Sold | 05/31/13 | J | A | |
| 17. 637 AK STL HLDG Corp Com (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 638 BP PLC SPONS ADR | C | Dividend | K | T | Sold (part) | 08/07/13 | J | | |
| 19. | | | | | Sold (part) | 08/07/13 | J | | |
| 20. | | | | | Sold (part) | 10/01/13 | J | | |
| 21. 640 FreePort McMoran Copper & Gold (X) | B | Dividend | | | Sold | 12/05/13 | K | | |
| 22. 642 Nuveen Real Estate Fund Com | A | Dividend | J | T | | | | | |
| 23. 643 Plains All American Pipeline Com | B | Dividend | L | T | | | | | |
| 24. 644 QR Energy LP Com | B | Dividend | | | Sold (part) | 04/24/13 | J | A | |
| 25. | | | | | Sold | 04/24/13 | J | A | |
| 26. 646 Southern Copper Corp | A | Dividend | | | Sold | 12/05/13 | K | A | |
| 27. CVS Caremark | A | Dividend | J | T | | | | | |
| 28. Mondelez Inc | A | Dividend | K | T | | | | | |
| 29. Starbucks | A | Dividend | K | T | Buy (add'l) | 02/04/13 | J | | |
| 30. Miller Convertible Fund | A | Distribution | K | T | | | | | |
| 31. Linn Energy | A | Distribution | | | Sold | 05/06/13 | K | A | |
| 32. Best Buy Co | B | Interest | K | T | | | | | |
| 33. Connecticut ST SER | C | Interest | L | T | | | | | |
| 34. District Columbia Ambac | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hillsborough County FL | B | Int./Div. | K | T | | | | | |
| 36. Arizona St Transn Brd | B | Interest | K | T | | | | | |
| 37. Florida St Brd Lottery | B | Interest | | | Sold | 05/20/13 | K | B | |
| 38. Lord Abbett Floating Rate | C | Dividend | L | T | Buy (add'l) | 02/04/13 | K | | |
| 39. RS Floating Rate Fund | C | Dividend | L | T | Buy (add'l) | 01/16/13 | K | | |
| 40. SPDR Gold Trust | A | Int./Div. | | | Buy (add'l) | 02/15/13 | J | | |
| 41. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 42. | | | | | Sold (part) | 12/05/13 | J | | |
| 43. | | | | | Sold (part) | 12/05/13 | J | | |
| 44. | | | | | Sold | 12/05/13 | J | A | |
| 45. Apple Inc (X) | A | Dividend | K | T | Buy | 01/01/13 | J | | |
| 46. | | | | | Buy (add'l) | 01/14/13 | J | | |
| 47. | | | | | Buy (add'l) | 01/24/13 | J | | |
| 48. Actavis (X) | | None | | | Buy | 08/08/13 | J | | |
| 49. | | | | | Sold | 10/01/13 | J | B | |
| 50. Amgen Inc (X) | A | Dividend | K | T | Buy | 01/24/13 | J | | |
| 51. | | | | | Buy | 06/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Celgene Corp (X) | | None | J | T | Buy | 11/07/13 | J | | |
| 53. Comcast Corp NEw Special CL A (X) | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 54. Forest Laboratories (X) | | None | J | T | Buy | 10/02/13 | J | | |
| 55. Medivation Inc. (X) | | None | J | T | Buy | 11/13/13 | J | | |
| 56. Mednax Inc (X) | | None | J | T | Buy | 12/17/13 | J | | |
| 57. National Grid PLC New (X) | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 58. Novo Nordisk ADR Denmark (X) | E | Dividend | J | T | Buy | 05/16/13 | J | | |
| 59. Tata Motors LTD (X) | | None | J | T | Buy | 12/11/13 | J | | |
| 60. Vantiv Inc CL A (X) | | None | J | T | Buy | 09/24/13 | J | | |
| 61. Grandeur Peak Int'l Oppertunities (X) | A | Distribution | K | T | Buy | 01/09/13 | J | | |
| 62. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 63. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 64. Access Midstream Partners LP(X) | | None | J | T | Buy | 12/06/13 | J | | |
| 65. Genesis Energy LP (X) | | None | J | T | Buy | 12/17/13 | J | | |
| 66. Kinder Morgan LP (X) | A | Distribution | K | T | Buy | 05/07/13 | K | | |
| 67. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 68. St Johns Cnty FL (X) | A | Interest | K | T | Buy | 08/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Angel Oak Multi Strategy (X) | B | Dividend | L | T | Buy | 02/01/13 | K | | |
| 70. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 71. | | | | | Buy (add'l) | 05/17/13 | K | | |
| 72. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 73. International Business Machine (X) | A | Dividend | | | Buy | 06/13/13 | J | | |
| 74. | | | | | Sold | 10/17/13 | J | A | |
| 75. Lauder Estee Cos CL A (X) | A | Dividend | K | T | Buy | 01/01/13 | J | | |
| 76. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 77. UBS AG (X) | | None | L | T | | | | | |
| 78. Trust # 2 | F | Interest | P1 | T | | | | | |
| 79. Trust # 2 | E | Dividend | P1 | T | | | | | |
| 80. -100 City of Jacksonville | | | | | Redeemed | 01/14/13 | K | | |
| 81. -235 FL ST BD | | | | | | | | | |
| 82. -285 Wal Mart | | | | | Sold (part) | 08/05/13 | J | B | |
| 83. -389 Jacksonville Electric (Y) | | | | | | | | | |
| 84. -466 Johnson&Johnson | | | | | | | | | |
| 85. -636 Dade County S/O v | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -738 Ebay | | | | | Sold (part) | 04/30/13 | K | D | |
| 87. | | | | | Sold (part) | 10/01/13 | J | D | |
| 88. -765 Citiplace (Y) | | | | | | | | | |
| 89. -786 Miami-Dade Public Safety (Y) | | | | | | | | | |
| 90. -789 Automatic Data | | | | | | | | | |
| 91. -791 Target | | | | | Sold | 11/22/13 | J | B | |
| 92. -794 Procter&Gamble | | | | | | | | | |
| 93. -900 SWA (Y) | | | | | | | | | |
| 94. -904 Hospitality Properties | | | | | | | | | |
| 95. -940 Tampa Health | | | | | Sold | 05/20/13 | L | D | |
| 96. -955 Smucker | | | | | | | | | |
| 97. -971 General Electric | | | | | | | | | |
| 98. -29 Home Depot | | | | | | | | | |
| 99. -95 Palm Beach | | | | | Sold | 04/12/13 | K | | |
| 100. -112 Municipal Mortgage | | | | | Sold (part) | 12/05/13 | J | A | |
| 101. | | | | | Sold | 12/05/13 | J | A | |
| 102. -129 Macquarie | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -186 Thornburg | | | | | Sold | 12/16/13 | J | A | |
| 104.  -351 Heico | | | | | | | | | |
| 105.  -352 MEMC Electronics (Y) | | | | | | | | | |
| 106.  -353 Claymore (Y) | | | | | | | | | |
| 107.  -394 Teekay Offshore Fund | | | | | | | | | |
| 108.  -400 Nova Star (Y) | | | | | | | | | |
| 109.  -404 AT&T (Y) | | | | | | | | | |
| 110.  -423 Opko Health | | | | | | | | | |
| 111.  -433 William Lyon (Y) | | | | | | | | | |
| 112.  -438 Six Flags (Y) | | | | | | | | | |
| 113.  -439 Pioneer Municipal Fund | | | | | Sold (part) | 04/04/13 | J | A | |
| 114. | | | | | Sold (part) | 04/04/13 | J | A | |
| 115. | | | | | Sold (part) | 04/04/13 | J | A | |
| 116. | | | | | Sold (part) | 04/04/13 | J | A | |
| 117. | | | | | Sold (part) | 04/04/13 | J | A | |
| 118. | | | | | Sold (part) | 04/04/13 | J | A | |
| 119. | | | | | Sold (part) | 04/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL., A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/04/13 | J | A | |
| 121. | | | | | Sold (part) | 04/04/13 | J | A | |
| 122. | | | | | Sold (part) | 04/04/13 | J | A | |
| 123. | | | | | Sold (part) | 04/04/13 | J | A | |
| 124. | | | | | Sold (part) | 04/04/13 | J | A | |
| 125. | | | | | Sold | 04/04/13 | K | B | |
| 126. -441 Lazard Global | | | | | | | | | |
| 127. -461 Volusia County (Y) | | | | | | | | | |
| 128. -462 Cohen&Steers | | | | | | | | | |
| 129. -466 ING Clarion (Y) | | | | | | | | | |
| 130. -475 Municipal Mortgage (Y) | | | | | | | | | |
| 131. -487 Allianz | | | | | Sold | 06/15/13 | J | A | |
| 132. -492 Akamai Technologies | | | | | | | | | |
| 133. -500 Miami-Dade Hospital (Y) | | | | | | | | | |
| 134. -503 Caterpillar | | | | | Sold | 06/21/13 | J | A | |
| 135. -504 GE (Y) | | | | | | | | | |
| 136. -506 JEA Bulk Electricity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -507 Palm Beach Waste | | | | | | | | | |
| 138. -519 Miami-Dade Aviation | | | | | | | | | |
| 139. -545 Ft. Myers (Y) | | | | | | | | | |
| 140. -549 New York Development | | | | | | | | | |
| 141. -551 Hernando Beach (Y) | | | | | | | | | |
| 142. -575 Port Palm Beach (Y) | | | | | | | | | |
| 143. -576 Cape Coral (Y) | | | | | | | | | |
| 144. -582 Indian Trace Community Dev (Y) | | | | | | | | | |
| 145. -584 South Indian River SER 2006 | | | | | | | | | |
| 146. -585 Cape Coral Imp.1 (Y) | | | | | | | | | |
| 147. -587 N. PLM BCH IMPT (Y) | | | | | | | | | |
| 148. -590 IL Fin (Y) | | | | | | | | | |
| 149. -593 Hillsborough Ida (Y) | | | | | | | | | |
| 150. -595 Leesburg Florida Hospital | | | | | | | | | |
| 151. -597 Jacksonville IMPT (Y) | | | | | | | | | |
| 152. -603 Volusia County (Y) | | | | | | | | | |
| 153. -604 FL State Mid Bay Bridge | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -605 Lee Mem Hlth | | | | | | | | | |
| 155. -606 Univ Fla (Y) | | | | | | | | | |
| 156. -608 FL St Govtl Util | | | | | Redeemed | 10/01/13 | K | A | |
| 157. -612 FL State ED Sys (Y) | | | | | | | | | |
| 158. -613 Univ Cnt Fla | | | | | | | | | |
| 159. -617 South Indian Riv Wtr (Y) | | | | | | | | | |
| 160. -618 Indian Trace (Y) | | | | | | | | | |
| 161. -622 Escrow Finlay (Y) | | | | | | | | | |
| 162. -625 U.S. Concrete, Inc. (USCR) (Y) | | | | | | | | | |
| 163. -627 Google | | | | | | | | | |
| 164. -629 Univ Fla Resh | | | | | Redeemed | 07/10/13 | K | A | |
| 165. -636 IBM (Y) | | | | | | | | | |
| 166. -639 HCA (Y) | | | | | | | | | |
| 167. -642 Cityplace (Y) | | | | | | | | | |
| 168. -643 Bay Cnty Fl Sales Tax Rev (Y) | | | | | | | | | |
| 169. -644 Cape Coral FL SPL Oblig Rev (Y) | | | | | | | | | |
| 170. -657 Hudson YDS Infrastructure Corp | | | | | Sold | 04/12/13 | L | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. -659 Indiana Mun PWR AGY PWR Supply | | | | | Sold | 04/12/13 | L | B | |
| 172. -660 Jacksonville FL SPL Rev (Y) | | | | | | | | | |
| 173. -662 Lake Cnty FL Sch Brd CTF Partn | | | | | | | | | |
| 174. -666 Miami-Dade Cnty FL Sch Brd CT | | | | | Sold | 04/12/13 | K | B | |
| 175. -668 New York Convention Ctr Dev Co (Y) | | | | | | | | | |
| 176. -669 Northern IL Mun Pwr Agy Pwr Pr | | | | | | | | | |
| 177. -670 Orlando & Orange Cnty Expy Aut | | | | | Sold | 07/01/13 | K | | |
| 178. -674 Port St. Lucie Fl Research Faci | | | | | | | | | |
| 179. -676 Univeristy Medicine & Dentisty | | | | | | | | | |
| 180. -19 Walt Disney (Y) | | | | | | | | | |
| 181. -93 Donald. F. Rubin, INC. | | | | | | | | | |
| 182. -98 IBM (Y) | | | | | | | | | |
| 183. -763 Bristol Myers (Y) | | | | | | | | | |
| 184. -690 Raymond James Financial (Y) | | | | | | | | | |
| 185. -691 Sandridg Mississippian TR (Y) | | | | | | | | | |
| 186. -697 United States Steel (Y) | | | | | | | | | |
| 187. -702 UBS AG Contingent Ros RTY (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -703 Michael Kors Hldgs LTD | | | | | Buy (add'l) | 06/21/13 | J | | |
| 189. -704 Allergan INC | | | | | Buy (add'l) | 05/20/13 | J | | |
| 190. -705 Check Point Software Tech LTD ILS | | | | | Buy (add'l) | 01/24/13 | J | | |
| 191. -706 Fortinet Inc | | | | | Sold | 01/24/13 | J | A | |
| 192. -707 Best Buy Co Inc | | | | | | | | | |
| 193. -709 American Tower Corp | | | | | Buy (add'l) | 02/04/13 | J | | |
| 194. -710 Canadian Riv Mun | | | | | | | | | |
| 195. -711 El Paso Pipiline Partners | | | | | | | | | |
| 196. -712 EUnits 2 Yr US Mkt Trust | | | | | Sold (part) | 01/16/13 | J | A | |
| 197. | | | | | Sold (part) | 01/22/13 | L | B | |
| 198. -713 Florida St Dept Transn | | | | | | | | | |
| 199. -714 Frisco TX Natio | | | | | | | | | |
| 200. -715 Georgia Hsg & Fin Auth | | | | | | | | | |
| 201. -718 Kentucky HSG Corp | | | | | | | | | |
| 202. -719 Kinder Morgan Energy Partners | | | | | | | | | |
| 203. -720 Lord Abbet Floating | | | | | Buy (add'l) | 04/24/13 | J | | |
| 204. | | | | | Buy (add'l) | 05/21/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -721 McDonalds Corp | | | | | | | | | |
| 206. -722 Mednax Inc | | | | | Buy (add'l) | 06/21/13 | J | | |
| 207. -724 Microsoft Corp | | | | | | | | | |
| 208. -725 Miller Convertible Fund Class A | | | | | Buy (add'l) | 03/04/13 | J | | |
| 209. -726 MSC Indl Direct Co Inc | | | | | Sold | 10/15/13 | J | B | |
| 210. -727 Neveda ST Fgic | | | | | | | | | |
| 211. -728 Nike Inc CL | | | | | Buy (add'l) | 06/24/13 | J | | |
| 212. -729 Qualcomm Inc | | | | | Buy (add'l) | 04/05/13 | J | | |
| 213. -730 RS Floating Rate Fund Class A | | | | | Buy (add'l) | 04/24/13 | J | | |
| 214. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 215. -731 SPDR Gold Trust (Y) | | | | | | | | | |
| 216. -732 Teva Pharmaceuticals Ind | | | | | Sold | 08/07/13 | J | A | |
| 217. -733 Thermo Fisher Scientific Inc | | | | | | | | | |
| 218. -735 Union Pacific Corp | | | | | | | | | |
| 219. -736 Wynn Resorts | | | | | | | | | |
| 220. -723 Miami-Dade Cnty FL Avia | | | | | Sold | 03/08/13 | L | C | |
| 221. -1 TJX Cos Inc New | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -2 Panera Bread Comp CL A | | | | | Buy (add'l) | 01/24/13 | J | | |
| 223. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 224. -3 AT&T Inc | | | | | | | | | |
| 225. -4 SPDR Gold Trust | | | | | | | | | |
| 226. -5 Heico Corp New (Y) | | | | | | | | | |
| 227. -6 Israel Chemicals LTD ADR | | | | | Sold (part) | 08/05/13 | J | A | |
| 228. | | | | | Sold (part) | 08/05/13 | J | A | |
| 229. | | | | | Sold | 08/05/13 | J | A | |
| 230. -7 Technology Sector (Y) | | | | | | | | | |
| 231. -8 Angel Oak Multi Strategy | | | | | Buy (add'l) | 04/24/13 | J | | |
| 232. | | | | | Buy (add'l) | 05/21/13 | L | | |
| 233. | | | | | Buy (add'l) | 06/04/13 | K | | |
| 234. -9 Pepsico Inc | | | | | Buy (add'l) | 02/14/13 | J | | |
| 235. -10 TCW Total Return Bond Fund | | | | | Sold | 06/04/13 | K | A | |
| 236. -11 Double Line Total Return Fund N | | | | | Sold | 06/04/13 | K | A | |
| 237. -12 Yahoo Inc | | | | | | | | | |
| 238. -13 Hercules Technology Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -14 Yum! Brands Inc | | | | | Sold | 02/05/13 | J | A | |
| 240. -15 Lord Abbett Floating Rate Fund A | | | | | | | | | |
| 241. -16 RS Floating Rate Fund A | | | | | | | | | |
| 242. -17 UBS AG Trigger PS SX5E | | | | | Buy (add'l) | 06/25/13 | K | | |
| 243. - Village Cmnty Dev No 6 Ser 2013 (X) | | | | | Buy | 02/01/13 | K | | |
| 244. - Illinois ST GO BDS SER 2012A (X) | | | | | Buy | 07/10/13 | K | | |
| 245. | | | | | Sold | 09/18/13 | K | | |
| 246. - Lauderhill FL Cap IMPT REV SER 2013 (X) | | | | | Buy | 07/11/13 | K | | |
| 247. - Chicago IL BRD ED, GO SER 2012A (X) | | | | | Buy | 09/19/13 | K | | |
| 248. - Metropolitan Pier & Exposition Auth IL SER 2012B (X) | | | | | Buy | 10/04/13 | K | | |
| 249. - Amer Express (X) | | | | | Buy | 08/27/13 | J | | |
| 250. - Ares Capital Corp (X) | | | | | Buy | 10/15/13 | J | | |
| 251. - Cummins Inc (X) | | | | | Buy | 04/30/13 | J | | |
| 252. - Enbridge Energy Partners LP (X) | | | | | Buy | 04/30/13 | J | | |
| 253. - Energy Transfer Partners LP (X) | | | | | Buy | 03/25/13 | J | | |
| 254. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 255. - Genesis Energy LP Unit LTD (X) | | | | | Buy | 12/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Targa Resources Parnerts LP (X) | | | | | Buy | 04/03/13 | J | | |
| 257.  - Medley Capital Corp (X) | | | | | Buy | 04/02/13 | J | | |
| 258. | | | | | Sold | 10/14/13 | J | A | |
| 259.  - Toronto Dominium BK New Canada (X_ | | | | | Buy | 04/01/13 | J | | |
| 260. | | | | | Sold | 08/07/13 | J | A | |
| 261.  - HSBC USA Inc (X) | | | | | Buy | 01/28/13 | K | | |
| 262.  - Citigroup Funding Inc (X) | | | | | Buy | 04/25/13 | K | | |
| 263.  - Citigroup Inc (X) | | | | | Buy | 11/25/13 | K | | |
| 264.  - Gugegenheim Enhnced Eqty (X) | | | | | Sold | 01/15/13 | J | A | |
| 265.  - Ingersol-Rand PLC (X) | | | | | Sold | 04/30/13 | J | B | |
| 266.  - Novations Companies Inc (X) | | | | | Sold | 05/22/13 | J | A | |
| 267.  - Puerto Rico Commonwealth (X) | | | | | Sold | 05/20/13 | K | A | |
| 268.  - Suncor Energy Inc. (X) | | | | | Sold | 01/24/13 | J | A | |
| 269.  - Sunedison Inc (X) | | | | | Sold | 12/05/13 | J | A | |
| 270.  - Dade CNTY FL Spl Ser 1996 B (X) | | | | | Buy | 03/13/13 | L | | |
| 271. | | | | | Buy (add'l) | 04/14/13 | K | | |
| 272.  - Chicago IL O'Hare Int'l Airport (X) | | | | | Buy | 03/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Florida St Governmental Util Ser 2003(X) | | | | | Buy | 04/14/13 | K | | |
| 274. - Halifax Hosp Med Ctr FL Ser 2006A (X) | | | | | Buy | 04/14/13 | K | | |
| 275. - Hernando Cnty FL Sch BD Ser 2006 (X) | | | | | Buy | 04/14/13 | J | | |
| 276. Trust # 3 | D | Interest | P2 | T | | | | | |
| 277. Trust # 3 | G | Dividend | P2 | T | | | | | |
| 278. -323 Coca-Cola | | | | | Buy (add'l) | 02/25/13 | M | | |
| 279. | | | | | Sold | 04/03/13 | M | E | |
| 280. -334 Dade County | | | | | Sold | 03/13/13 | L | | |
| 281. -728 Walt Disney (Y) | | | | | | | | | |
| 282. -769 Alcoa | | | | | | | | | |
| 283. -68 Allied Defense | | | | | Redeemed | 12/23/13 | J | A | |
| 284. -104 Hillsborough | | | | | Sold | 03/04/13 | L | C | |
| 285. -105 Hillsborough (Y) | | | | | | | | | |
| 286. -207 Helios | | | | | | | | | |
| 287. -225 Six Flags 8.875 | | | | | | | | | |
| 288. - 310 General Motors (Y) | | | | | | | | | |
| 289. -311 General Motors Company Warrant 072016 | | | | | Sold (part) | 12/27/13 | J | A | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000
3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -248 Chicos | | | | | | | | | |
| 291. -259 LennarA (Y) | | | | | | | | | |
| 292. -264 General Motors Company Warrant 072019 | | | | | Sold (part) | 12/27/13 | J | A | |
| 293. -265 AK Steel | | | | | Buy (add'l) | 06/13/13 | K | | |
| 294. | | | | | Sold (part) | 12/16/13 | L | A | |
| 295. | | | | | Sold | 12/23/13 | L | E | |
| 296. -276 General Motors Company(GM) | | | | | Sold (part) | 12/27/13 | J | A | |
| 297. -277 Bank of America | | | | | Buy (add'l) | 03/05/13 | N | | |
| 298. | | | | | Sold | 06/10/13 | N | A | |
| 299. -285 Ford Motor | | | | | | | | | |
| 300. -363 Bristol Myers | | | | | Sold | 03/19/13 | L | D | |
| 301. -414 Occidental Pete Corporation | | | | | Sold | 05/31/13 | O | E | |
| 302. | | | | | Buy (add'l) | 08/26/13 | L | | |
| 303. | | | | | Sold (part) | 10/08/13 | L | D | |
| 304. | | | | | Buy (add'l) | 12/18/13 | M | | |
| 305. -424 James River | | | | | Sold | 10/21/13 | J | A | |
| 306. -434 Six Flags 9.625 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -449 US Concrete | | | | | Sold | 10/02/13 | K | D | |
| 308. -452 Maxcom | | | | | Sold | 10/02/13 | J | A | |
| 309. -483 Fammie Mae | | | | | Sold | 10/21/13 | J | A | |
| 310. -540 BP | | | | | Sold (part) | 07/17/13 | M | A | |
| 311. | | | | | Sold (part) | 10/16/13 | L | A | |
| 312. | | | | | Sold | 10/16/13 | L | | |
| 313. -589 Herons | | | | | Sold | 09/24/13 | K | A | |
| 314. -611 Halifax | | | | | Sold | 04/14/13 | K | | |
| 315. -620 Brevard Health | | | | | Redeemed | 02/05/13 | J | A | |
| 316. -623 US Concrete Inc. B | | | | | | | | | |
| 317. -624 US Concrete Inc. A | | | | | | | | | |
| 318. -628 Highlands Health | | | | | Sold | 09/24/13 | K | A | |
| 319. -654 Ford MTR Company Del COM PAR | | | | | Sold (part) | 03/05/13 | N | E | |
| 320. | | | | | Sold | 03/19/13 | N | E | |
| 321. | | | | | Buy (add'l) | 11/27/13 | M | | |
| 322. | | | | | Buy (add'l) | 12/23/13 | M | | |
| 323. -656 Hernando Cnty Fl Sch Brd CTF | | | | | Sold (part) | 04/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 09/24/13 | J | A | |
| 325. -680 Freeport-Mcmoran Copper & Gold | | | | | Sold | 09/06/13 | N | A | |
| 326. | | | | | Buy (add'l) | 12/24/13 | M | | |
| 327. -682 Hess Corporaion | | | | | Sold | 03/08/13 | N | E | |
| 328. -683 Lone Pine Res Incorporated | | | | | Sold | 10/21/13 | J | A | |
| 329. -684 Marathon Oil Corporation | | | | | Sold | 05/17/13 | N | D | |
| 330. -687 Plum Creek Timber Company | | | | | Sold | 02/26/13 | M | E | |
| 331. -699 Whiting USA TR II | | | | | Sold (part) | 01/04/13 | K | A | |
| 332. | | | | | Sold (part) | 08/07/13 | M | A | |
| 333. | | | | | Buy (add'l) | 09/11/13 | M | | |
| 334. | | | | | Sold (part) | 10/21/13 | L | A | |
| 335. -1 Caterpillar Incorporated | | | | | Sold (part) | 02/21/13 | N | E | |
| 336. | | | | | Buy (add'l) | 04/22/13 | M | | |
| 337. | | | | | Buy (add'l) | 04/23/13 | L | | |
| 338. | | | | | Sold (part) | 04/30/13 | N | D | |
| 339. | | | | | Buy (add'l) | 11/08/13 | N | | |
| 340. -3 Occidental Pete Corporation | | | | | Sold | 05/31/13 | O | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 08/26/13 | L | | |
| 342. | | | | | Sold (part) | 10/08/13 | L | D | |
| 343. | | | | | Buy (add'l) | 12/18/13 | M | | |
| 344. -4 General Electric Company | | | | | Sold (part) | 02/26/13 | N | E | |
| 345. | | | | | Buy (add'l) | 09/16/13 | N | | |
| 346. | | | | | Buy (add'l) | 10/16/13 | L | | |
| 347. | | | | | Sold (part) | 10/25/13 | M | D | |
| 348. | | | | | Sold | 11/04/13 | M | D | |
| 349. -6 Stellus Cap Invt | | | | | Sold | 05/02/13 | L | A | |
| 350. -7 Access Midstream Partners | | | | | Sold | 03/07/13 | M | E | |
| 351. - Apple Incorporated (X) | | | | | Buy | 01/04/13 | M | | |
| 352. | | | | | Buy (add'l) | 01/29/13 | L | | |
| 353. | | | | | Sold | 08/26/13 | M | C | |
| 354. - Sandridge Mississippian Tr II SH Ben Int (X) | | | | | Buy | 01/04/13 | K | | |
| 355. | | | | | Sold | 02/06/13 | K | A | |
| 356. - VOC Energy TR TR UNIT (X) | | | | | Buy | 01/08/13 | L | | |
| 357. | | | | | Sold | 07/19/13 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Crosstex Energy LP (X) | | | | | Buy | 01/14/13 | K | | |
| 359. | | | | | Sold | 04/10/13 | L | D | |
| 360. - Agree Realty Corporation (X) | | | | | Buy | 01/18/13 | L | | |
| 361. | | | | | Sold | 04/30/13 | L | D | |
| 362. - Breitburn Energy Partners LP (X) | | | | | Buy | 02/12/13 | L | | |
| 363. - Seadrill Limited SHS (X) | | | | | Buy | 02/25/13 | M | | |
| 364. | | | | | Buy (add'l) | 04/18/13 | M | | |
| 365. | | | | | Sold (part) | 05/06/13 | M | E | |
| 366. | | | | | Sold | 06/20/13 | M | D | |
| 367. | | | | | Buy (add'l) | 11/29/13 | M | | |
| 368. | | | | | Buy (add'l) | 12/03/13 | M | | |
| 369. | | | | | Buy (add'l) | 12/18/13 | M | | |
| 370. | | | | | Buy (add'l) | 12/19/13 | L | | |
| 371. | | | | | Buy (add'l) | 12/24/13 | M | | |
| 372. - DOW Chemical Company (X) | | | | | Buy | 03/01/13 | N | | |
| 373. | | | | | Buy (add'l) | 03/19/13 | M | | |
| 374. | | | | | Sold (part) | 05/08/13 | N | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Buy (add'l) | 07/19/13 | K | | |
| 376. | | | | | Sold | 09/10/13 | M | E | |
| 377. - Realty Income Corporation (X) | | | | | Buy | 03/11/13 | N | | |
| 378. | | | | | Sold | 05/10/13 | O | F | |
| 379. - Pebblesbrook Hotel Trst (X) | | | | | Buy | 03/81/13 | L | | |
| 380. | | | | | Sold | 10/04/13 | K | A | |
| 381. - LRR Energy LP (X) | | | | | Buy | 03/22/13 | M | | |
| 382. | | | | | Buy (add'l) | 03/22/13 | M | | |
| 383. | | | | | Sold (part) | 10/29/13 | M | D | |
| 384. | | | | | Buy (add'l) | 11/25/13 | M | | |
| 385. - Baidu Incorporated (X) | | | | | Buy | 03/27/13 | M | | |
| 386. | | | | | Sold | 05/21/13 | M | D | |
| 387. - Main Street Capital Corp (X) | | | | | Buy | 04/02/13 | K | | |
| 388. | | | | | Buy (add'l) | 08/16/13 | N | | |
| 389. | | | | | Sold (part) | 10/02/13 | K | A | |
| 390. | | | | | Sold | 11/08/13 | N | D | |
| 391. - Fifth Street Finance Corporation (X) | | | | | Buy | 04/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 27 of 35

Name of Person Reporting

CRISTOL, A. J.

Date of Report

08/06/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 07/19/13 | K | A | |
| 393.  - Nucor Corporation (X) | | | | | Buy | 05/01/13 | M | | |
| 394. | | | | | Buy (add'l) | 06/13/13 | M | | |
| 395. | | | | | Sold | 08/07/13 | N | E | |
| 396.  - Qualcomm Incorporated (X) | | | | | Buy | 05/06/13 | M | | |
| 397. | | | | | Buy (add'l) | 05/10/13 | M | | |
| 398. | | | | | Sold | 08/15/13 | N | E | |
| 399.  - ING U S Incorporated (X) | | | | | Buy | 05/07/13 | N | | |
| 400. | | | | | Sold | 05/31/13 | N | G | |
| 401.  - Armada Hoffler PPTYS Incorporated (X) | | | | | Buy | 05/13/13 | L | | |
| 402. | | | | | Buy (add'l) | 05/13/13 | N | | |
| 403. | | | | | Sold (part) | 10/02/13 | M | A | |
| 404. | | | | | Sold | 10/21/13 | M | A | |
| 405.  - General Electric Capital Corp Global 4.7% (X) | | | | | Buy | 05/16/13 | N | | |
| 406. | | | | | Sold | 09/16/13 | N | A | |
| 407.  - Suburban Propane Partners LP (X) | | | | | Buy | 05/17/13 | M | | |
| 408. | | | | | Buy (add'l) | 05/17/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 11/18/13 | M | A | |
| 410. | | | | | Sold | 12/17/13 | M | A | |
| 411. - National Retail Properties Inc (X) | | | | | Buy | 05/30/13 | M | | |
| 412. | | | | | Sold | 10/21/13 | L | A | |
| 413. - Nuveen Real Estate Income FD (X) | | | | | Buy | 06/07/13 | M | | |
| 414. | | | | | Buy (add'l) | 06/18/13 | M | | |
| 415. | | | | | Sold (part) | 11/14/13 | M | B | |
| 416. | | | | | Sold | 12/17/13 | M | A | |
| 417. - AT&T Incorporated (X) | | | | | Buy | 06/19/13 | N | | |
| 418. | | | | | Sold | 12/17/13 | N | A | |
| 419. - Du pont E I De Nemours & Company (X) | | | | | Buy | 06/20/13 | M | | |
| 420. | | | | | Sold | 09/25/13 | M | E | |
| 421. - Procter & Gamble Company (X) | | | | | Buy | 06/26/13 | L | | |
| 422. | | | | | Buy (add'l) | 07/19/13 | L | | |
| 423. | | | | | Buy (add'l) | 09/24/13 | M | | |
| 424. | | | | | Buy (add'l) | 11/14/13 | M | | |
| 425. | | | | | Sold (part) | 11/21/13 | N | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 12/19/13 | N | | |
| 427. | | | | | Buy (add'l) | 12/26/13 | L | | |
| 428. - Verizon Communications Incorporated (X) | | | | | Buy | 06/26/13 | L | | |
| 429. | | | | | Buy (add'l) | 09/03/13 | M | | |
| 430. | | | | | Buy (add'l) | 09/12/13 | L | | |
| 431. | | | | | Sold | 10/25/13 | M | D | |
| 432. | | | | | Buy (add'l) | 11/22/13 | M | | |
| 433. | | | | | Buy (add'l) | 11/29/13 | L | | |
| 434. - NGL Energy Partners LP (X) | | | | | Buy | 07/15/13 | L | | |
| 435. | | | | | Buy (add'l) | 07/16/13 | L | | |
| 436. | | | | | Sold | 10/10/13 | M | D | |
| 437. - American Capital Agency Corporation (X) | | | | | Buy | 07/17/13 | M | | |
| 438. | | | | | Sold | 12/17/13 | M | A | |
| 439. - American Homes 4 Rent Class A (X) | | | | | Buy | 08/06/13 | L | | |
| 440. - Capital Product Partners LP (X) | | | | | Buy | 08/09/13 | K | | |
| 441. - Newmont Mining Corporation (X) | | | | | Buy | 08/13/13 | M | | |
| 442. | | | | | Buy (add'l) | 11/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 35

Name of Person Reporting

CRISTOL, A. J.

Date of Report

08/06/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 11/21/13 | L | | |
| 444. | | | | | Sold | 12/24/13 | M | A | |
| 445. - Exxon Mobil Corporation (X) | | | | | Buy | 08/26/13 | L | | |
| 446. | | | | | Buy (add'l) | 09/10/13 | L | | |
| 447. | | | | | Buy (add'l) | 11/06/13 | L | | |
| 448. | | | | | Sold | 11/15/13 | N | D | |
| 449. - Monsanto Company New (X) | | | | | Buy | 08/27/13 | L | | |
| 450. | | | | | Sold | 10/09/13 | M | D | |
| 451. - Transocean Limited REG SHS (X) | | | | | Buy | 09/03/13 | M | | |
| 452. | | | | | Buy (add'l) | 11/13/13 | M | | |
| 453. | | | | | Sold (part) | 11/26/13 | M | E | |
| 454. | | | | | Buy (add'l) | 12/23/13 | L | | |
| 455. | | | | | Buy (add'l) | 12/26/13 | L | | |
| 456. - International Business Machines (X) | | | | | Buy | 09/03/13 | L | | |
| 457. | | | | | Buy | 10/22/13 | L | | |
| 458. | | | | | Buy (add'l) | 11/14/13 | M | | |
| 459. | | | | | Sold | 12/17/13 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 35

Name of Person Reporting

CRISTOL, A. J.

Date of Report

08/06/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Crestwood Midstream Partners LP (X) | | | | | Buy | 09/13/13 | L | | |
| 461. | | | | | Buy (add'l) | 09/13/13 | L | | |
| 462. - TCP Cap Cporporation (X) | | | | | Buy | 10/01/13 | L | | |
| 463. | | | | | Buy (add'l) | 10/01/13 | L | | |
| 464. | | | | | Sold | 11/29/13 | M | E | |
| 465. - Merck & Company Incorporated New (X) | | | | | Buy | 10/01/13 | M | | |
| 466. | | | | | Buy (add'l) | 10/31/13 | M | | |
| 467. - Royal Caribbean Cruises Limited (X) | | | | | Buy | 10/02/13 | K | | |
| 468. | | | | | Buy (add'l) | 10/02/13 | M | | |
| 469. | | | | | Sold | 10/30/13 | M | E | |
| 470. - McDonalds Corporation (X) | | | | | Buy | 10/10/13 | M | | |
| 471. | | | | | Buy (add'l) | 11/29/13 | L | | |
| 472. - Cisco Systems Incorporated (X) | | | | | Buy | 11/19/13 | M | | |
| 473. - Chesapeak Granite Wash TR (X) | | | | | Buy | 11/25/13 | M | | |
| 474. | | | | | Buy (add'l) | 12/18/13 | M | | |
| 475. | | | | | Buy (add'l) | 12/19/13 | L | | |
| 476. - Florida St Governmental Util (X) | | | | | Redeemed | 01/22/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Finlay Fine Jewelry Corporation (X) | | | | | Redeemed | 08/02/13 | K | A | |
| 478. - CBRE Clarion Global (X) | | | | | Sold | 10/21/13 | J | A | |
| 479. - Tower Semiconductor Limited (X) | | | | | Sold (part) | 07/14/13 | J | A | |
| 480. | | | | | Sold | 12/12/13 | J | A | |
| 481. - Chicago O'hare Int'l Airport (X) | | | | | Sold | 04/14/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:
POSITION REPORTING SECTION I: LISTING AS TRUSTEE FOR TRUST NO 1 AND ESTATE HAVE BEEN DELETED FROM THIS REPORT BECAUSE AS OF THE END OF 2012 THE TRUST #1 AND THE ESTATE HAD BEEN FINALIZED.

NOTE 2:

LINE ITEM 145 (FROM 2013 REPORT) NAME WAS CHANGED FROM -584 S INDIAN WTR IN ORDER TO BETTER DESCRIBE THE NAME OF THE STOCK AND TO PRECLUDE ANY FUTURE DOUBLING OF THE SAME ITEM.

NOTE 3:

LINE 150 (FROM 2013 REPORT) NAME WAS CHANGED FROM -595 LEESBURG FLORIDA HOSPITAL IN ORDER TO TO BETTER DESCRIBE THE NAME OF THE STOCK AND TO PRECLUDE ANY FUTURE DOUBLING OF THE SAME ITEM.

NOTE 4:

LINE ITEM 287 (FROM 2013 REPORT) NAME WAS CHANGED FROM -225 SIX FLAGS 8.875 IN ORDER TO TO BETTER DESCRIBE THE NAME OF THE STOCK AND TO PRECLUDE ANY FUTURE DOUBLING OF THE SAME ITEM.

NOTE 5:

LINE ITEM 301 (FROM 2013 REPORT) NAME WAS CHANGED FROM -414 OCCIDENTAL PETRO IN ORDER TO BETTER DESCRIBE THE NAME OF THE STOCK AND TO PRECLUDE ANY FUTURE DOUBLING OF THE SAME ITEM.

NOTE 6:

LINE ITEM 306 (FROM 2013 REPORT) NAME WAS CHANGED FROM -434 SIX FLAGS 9.625 IN ORDER TO BETTER DESCRIBE THE NAME OF THE STOCK AND TO PRECLUDE ANY FUTURE DOUBLING OF THE SAME ITEM.

NOTE 7:

LINE ITEM 346 (FROM 2013 REPORT) THE PARTNERSHIP NAME WAS CHANGED TO CRESTWOOD MIDSTREAM PARTNERS LP FROM PRIOR REPORTS OF INERGY MIDSTREAM LP.

NOTE 8:

LINE 264 - 269 HAD BEEN PREVIOUSLY LISTED AS SOLD AND REMOVED FROM THIS SECTION OF THE REPORT. IN ORDER TO PROPERLY LIST THE CURRENT YEAR SALES, LINE ITEMS WERE ADDED TO THE REPORT TO REFLECT THE SALE.

NOTE 9:

LINE ITEM #309 (FROM THE 2013 REPORT) NAME WAS CHANGED TO FANNIE MAE, IT WAS INCORRECTLY SPELLED AS FAMMIE MAE IN THE 2012 REPORT.

NOTE 10:

LINE 477 - 481 HAD BEEN PREVIOUSLY LISTED AS SOLD AND REMOVED FROM THIS SECTION OF THE REPORT. IN ORDER TO PROPERLY LIST THE CURRENT YEAR SALES, LINE ITEMS WERE ADDED TO THE REPORT TO REFLECT THE SALE.

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RESPECTFULLY,
AJC

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 08/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544